UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:17-cv-2567-T-17JSS

LASER PEGS IP HOLDING CORP., a
Florida corporation, and LASER PEGS
VENTURES, LLC, a Florida limited
liability company

      Plaintiffs,

v.

PANTHEON WIRELESS INC., a Florida
Corporation, GLOBAL IMPORTS US, INC.,
a Florida corporation, YOUNG VENTURE
CAPITAL, LLC, a dissolved Florida
limited liability company, BRANDON M.
YOUNG, an individual, JENNIFER YUAN,
an individual, and GLORIDA CHANEY,
an individual,

      Defendants.
_____/

**MEDIATION REPORT**

1. The mediation conference in this matter was held on August 15, 2018 at 10:00 a.m. at the law office of Saul Ewing Arnstein & Lehr, LLP., with the undersigned as Mediator.

2. The parties settled the case.

      Respectfully submitted.

      /s/ Oscar A. Sanchez
      Oscar A. Sanchez, Esq.
      **Oscar A. Sanchez, P.A.**
      1000 Brickell Avenue, Suite 920
      Miami, FL 33131
      Email: oscar@OASMediation.com
      Tel.: 305.607.7931
      Fla. Bar No.: 363138

Dated: August 20, 2018

cc: Robert Thornburg, Esq., rthornburg@addmg.com
Joshua Spector, Esq., jspector@allendyer.com
Joseph Kuo, Esq., joseph.kuo@saul.com
Anthony Kang, Esq., anthony.kang@saul.com

Counsel of record