**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LASER PEGS IP HOLDINGS CORP.
 a Florida Corporation, and
LASER PEGS VENTURES, LLC,   Case No. 8:17-cv-02567-EAK-JSS
a Florida Limited Liability Company,

    Plaintiffs,
v.

PANTHEON WIRELESS, INC., a Florida
Corporation, GLOBAL IMPORT US, INC.,
a Florida Corporation, YOUNG VENTURE CAPITAL,
LLC, a dissolved Florida Limited Liability Company,
BRANDON M. YOUNG, an Individual,
JENNIFER YUAN, an Individual, and
GLORIA CHANEY, an Individual,

    Defendants.
_____/

## JOINT MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT

Plaintiffs LASER PEGS IP HOLDINGS CORP. ("LPIP") and LASER PEGS VENTURES, LLC ("LPV") (collectively "Laser Pegs" or "Plaintiffs") and Defendants PANTHEON WIRELESS, INC. ("Pantheon"), GLOBAL IMPORT US, INC. ("Global Import"), YOUNG VENTURE CAPITAL, LLC ("YVC"), BRANDON M. YOUNG ("Young"), JENNIFER YUAN ("Yuan"), GLORIA CHANEY ("Chaney") (all six collectively "Defendants"), through their respective counsel, hereby notify the Court that the parties contemplate the execution of a Consent Final Judgment for Permanent Injunction. In support hereof, the undersigned state:

    1.    Laser Pegs filed this action against Defendants sounding in trade dress infringement and related acts of unfair competition.

1

2. The Parties have entered into a Confidential Settlement Agreement ("Agreement") which contemplates execution of a Consent Final Judgment for Permanent Injunction ("Consent Final Judgment") as to Defendants to resolve all issues in this action and conclude this case amicably, with each side to bear their own attorneys' fees and costs. A true and correct copy of the agreed to Consent Final Judgment is provided as **Exhibit A.**

3. The Parties request that the Court maintain jurisdiction over the Parties with regards to enforcement of the Agreement as to the Consent Final Judgment.

4. The Court is respectfully urged to enter this Consent Final Judgment, thereby concluding the case.

WHEREFORE, the parties request the Court enter the Consent Final Judgment in the form attached hereto as **Exhibit A**, and such other and further relief as this Court deems just and proper.

Respectfully submitted on October 23, 2018.

| | |
|---|---|
| */s/ Robert H. Thornburg* | */s/Anthony Kang* |
| Robert Thornburg | Anthony Kang |
| Florida Bar No. 630829 | Florida Bar No. 44311 |
| E-Mail: rthornburg@allendyer.com | E-Mail: Anthony.kang@saul.com |
| Joshua B. Spector | SAUL EWING ARNSTEIN & LEHR, LLP |
| Florida Bar No. 584142 | 200 South Biscayne Boulevard, Suite 3600 |
| E-Mail: jspector@allendyer.com | Miami, FL  33131 |
| Cameron C. Murphy | Telephone:     (305) 428-4500 |
| Florida Bar No. 125086 | Facsimile:      (305) 808-8615 |
| E-Mail: cmurphy@allendyer.com | |
| ALLEN, DYER, DOPPELT | Joseph M. Kuo |
| + GILCHRIST, P.A. | Email: Joseph.Kuo@Saul.com |
| 1221 Brickell Ave., Suite 2400 | Saul Ewing Arnstein & Lehr LLP |
| Miami, Florida 33131 | 161 North Clark, Suite 4200 |
| Telephone:     (305) 374-8303 | Chicago, IL 60601 |
| Facsimile:      (305) 374-8306 | Telephone: (312) 876-7151 |
| | Facsimile: (312) 876-0288 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |